**COURTROOM DEPUTY MINUTES**     **DATE:** 3/2/07
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 1:46 - 1:50

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR.     **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:07mj25-WC     **DEFT. NAME:** JOSE GUSTAVO GODOY

Paul Cooper Appointed

**USA:** Clark Morris     **ATTY:** Donnie Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

Defendant √ does does NOT need an interpreter; NAME Beverly Childress

---

- √ Kars.    Date of Arrest 3/2/07    or    ☐ karsr40
- √ kia.    Deft. First Appearance. Advised of rights/charges.    ☐ Pro/Sup Rel Violator
- √ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- √ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ set for _____ ; √ **Prelim. Hrg** √ Set for **3/6/07 @ 9:30 a.m.**
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  - ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.    **ARRAIGNMENT** SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
  - ☐ Trial Term _____ ; ☐ **PRETRIAL CONFERENCE DATE:** _____
  - ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.