IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07mj25-WC |
| | ) | |
| ALFREDO GUERRA-GUERRA | ) | |
| JOSE GUSTAVO GODOY | ) | |

ORDER

For good cause, it is

ORDERED that a Preliminary Hearing for the defendants, ALFREDO

GUERRA-GUERRA and JOSE GUSTAVO GODOY, be and is hereby  scheduled for

March 7, 2007 at 12:30 p.m., in  courtroom 5A, Frank M. Johnson, Jr United

States Courthouse Complex, One Church Street, Montgomery, Alabama.  The

Clerk shall provide an Interpreter for these proceedings.


        Done this 5th  day of March, 2007.

                                    /s/ Wallace Capel, Jr.

                                    _____
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE