IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CASE NO: 2:07-MJ-25-WC |
| | ) |
| **JOSE G. GODOY** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **JOSE G. GODOY**, in the above-styled matter.

Dated this 6th day of March 2007.

                        Respectfully submitted,

                        <u>s/Christine A. Freeman</u>
                        **CHRISTINE A. FREEMAN**
                        **TN BAR NO.: 11892**
                        Attorney for Defendant
                        Federal Defenders
                        Middle District of Alabama
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        TEL:  (334) 834-2099
                        FAX:  (334) 834-0353
                        E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-MJ-25-WC** |
| ) | |
| **JOSE G. GODOY** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org