MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED:   3/7/07              DIGITAL RECORDING: 12:34 - 1:33

DATE COMPLETED:   3/7/07

USA                                   *

vs                                    *          2:07mj25-WC

ALFREDO GUERRA-GUERRA
JOSE GUSTAVO GODOY

                                      *

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| A. Clark Morris | | Paul Roy Cooper (Guerra-Guerra) |
| | | Christine A. Freeman (Gustavo Godoy) |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk
Beverly Childress, Interpreter

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Preliminary Hearing




SEE MINUTES ATTACHED

| Description | 2:07mj25-WC: USA vs. Alfredo Guerra-Guerra and Jose Gustavo Godoy: PRELIMINARY HEARING | | |
|---|---|---|---|
| Date | 3 / 7 /2007 | Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 12:34:11 PM | Court | Convenes |
| 12:35:21 PM | Government | Calls witness David Henderson; Witness Testifies |
| 12:42:08 PM | Defendant Guerra-Guerra | Cross Examines Witness David Henderson |
| 12:44:51 PM | Defendant Godoy | Cross Examines Witness David Henderson |
| 1:18:46 PM | Government | Re-Directs Witness David Henderson |
| 1:21:57 PM | Defendant Godoy | Further questions Witness David Henderson |
| 1:23:17 PM | Court | Questions Witness David Henderson |
| 1:26:46 PM | Government | Closing Arguments |
| 1:28:37 PM | Defendant Godoy | Closing Argument |
| 1:30:56 PM | Court | Responds to Defendant Godoy's Closing Argument; Finds sufficient evidence for probable cause as to both defendants |
| 1:32:29 PM | Defendant Godoy | Request Federal Custody |
| 1:32:52 PM | Court | Grants Request for Federal Custody |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA                                             *
                                                *
VS.                                             *         2:07mj25-WC
                                                *
ALFREDO GUERRA-GUERRA
JOSE GUSTAVO GODOY

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. David Henderson | . |
| 2. | . |
| 3. | . |
| 4. | . |
| 5. | . |
| 6. | . |
| 7. | . |
| 8. | . |
| 9. | . |
| 10. | . |
| 11. | . |
| 12. | . |
| 13. | . |
| 14. | . |
| 15. | . |
| 16. | . |
| . | . |